**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6729

PETER O. ODIGHIZUWA,

Plaintiff - Appellant,

versus

DOCTOR WILLIAMS; RED ONION STATE PRISON,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, District Judge. (7:06-cv-00168-gec)

Submitted: December 14, 2006      Decided: December 20, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter O. Odighizuwa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter O. Odighizuwa appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) suit for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Odighizuwa v. Williams, No. 7:06-cv-00168-gec (W.D. Va. Mar. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED